[This opinion has been published in *Ohio Official Reports* at 84 Ohio St.3d 220.]

THE STATE EX REL. CLEVELAND BROWNS, INC., N.K.A. BALTIMORE RAVENS, INC., APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Cleveland Browns, Inc. v. Indus. Comm.*, 1998-Ohio-565.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 97-1145–Submitted October 27, 1998–Decided December 30, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 95APD12-1646.

————————————

*Duvin, Cahn & Hutton, Lee J. Hutton* and *Martin S. List; Dinn, Hochman & Potter, P.L.L.*, and *Irwin J. Dinn*, for appellant.

*Betty D. Montgomery*, Attorney General, and *Michael A. Vanderhorst*, Assistant Attorney General, for appellee Industrial Commission.

*Cornrich, Katz & Cornrich Co., L.P.A., Neil M. Cornrich* and *Robert S. Gurwin*, for appellee Mark A. Harper.

————————————

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————